UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6097-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    **O R D E R**

MICHAEL DEWITT,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Michael Dewitt's Motion To Reduce Sentence (DE 82). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Defendant's previous original guideline range was 168-210 months. In March of 2008, a reduction in the advisory guidelines range took effect for offenses involving cocaine base. By operation of this guidelines amendment, Defendant's advisory guidelines range has been reduced to 135-168 months. Having calculated the new guidelines range and considering all statutory factors under 18 U.S.C. § 3553, and the Defendant's criminal history, the Court would still impose a sentence of 180 months as to Count I of the Indictment.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Michael Dewitt's Motion To Reduce Sentence (DE 82) be and the same is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    4th    day of September, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
See Attached Mailing List

UNITED STATES OF AMERICA VS. MICHAEL DEWITT
CASE NO. 98-6097-CIV-ZLOCH

Michael Dewitt, <u>pro</u> <u>se</u>
Reg. No. 54594-004
FCI Jesup
2680 Highway 301 South
Jesup, GA 31599